

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Hickory Creek Special Utility District and the following persons in their official capacities as officers and members of the HCSUD Board of Directors, Brad White, Boyd Roberts, Tammy Cross, Brandon Lamm, Frances Caplinger, Phillip George, and Kevin Richey, Appellants

No. 06-25-00040-CV　　　v.

Henry Mastellar, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-24-46917). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we affirm the trial court's rulings on Hickory Creek and the HC Board's plea to the jurisdiction.

We further order that the appellants and appellee shall each pay one-half of all costs incurred by reason of this appeal.

RENDERED AUGUST 29, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk